# seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

2-769-14074-0003038-004-03-011-011-000-000  L025J
WINDHAUSER, SANDRA
1453 CHURCH RD
HAMLIN NY  14464-9746

Welcome to Seterus, Inc.
www.seterus.com
866.570.5277

Loan number: ▓▓▓▓▓▓ serviced by Seterus, Inc.
Prior Servicer loan number: ▓▓▓▓▓▓

April 15, 2015

Dear WINDHAUSER, SANDRA:

### Transfer of Servicing Notice

The servicing of your mortgage loan, that is the right to collect payments from you, is being transferred from Bank of America, N.A. to Seterus, Inc. effective April 1, 2015 (the "Transfer Date").

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

If you have any questions relating to the transfer of the servicing prior to the Transfer Date, call Bank of America, N.A. customer service toll-free at 800.669.6607, Monday-Friday 7:00am to 7:00pm (PT) or direct written inquiries to PO BOX 5170, Simi Valley, CA  93062-5170. As of the Transfer Date, questions may be directed to Seterus Customer Service toll-free at 866.570.5277. On the Transfer Date, Bank of America, N.A. will stop accepting payments from you. Seterus will accept payments from you as of the Transfer Date. Send all payments due on or after that date to Seterus.

As of the Transfer Date, any mortgage, life, disability, or any other type of optional insurance offered to you by your prior servicer was cancelled.  If you wish to maintain the coverage, please contact the insurance carrier directly.

(Continued)

---

Seterus NMLS ID Number: 7876

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.
L025J

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday–Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

769-3040-0413F

WINDHAUSER, SANDRA
April 15, 2015
Loan number: ███████

Please note that this cancellation of optional insurance does not impact your existing hazard or homeowner's insurance coverage.

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA). During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by Seterus as late, and a late fee may not be imposed on you.

Section 6 of RESPA gives you certain consumer rights. If you send a "qualified written request" to Seterus concerning the servicing of your loan, Seterus must provide you with a written acknowledgement within five Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by Seterus, which includes your name, account number, and your reasons for the request.

Not later than 30 Business Days after receiving your request, Seterus must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. This 30-day period may be extended for up to 15 days if, before the end of such 30-day period, Seterus notifies you of the extension and the reason for delay in responding. During the 60-Business Day period beginning on the date of receipt of a qualified written request, Seterus may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent Seterus from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of Seterus are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals and classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Please know that if you are currently participating in, or being considered for a loss mitigation solution (Home Affordable Modification Program, forbearance agreement, short sale, refinance, or deed-in-lieu of foreclosure), we expect your documentation to be forwarded from Bank of America, N.A. As of the Transfer Date, you should send your payments to Seterus (e.g., trial period plan payments under Home Affordable Modification Program) until such time that we provide additional direction in writing. We will notify you of our decision regarding qualification. Please note that this transfer may extend the time needed for a final decision.

All funds received by Seterus for payments are first applied to contractual installments due, and the oldest installments due are paid first. If we receive a partial payment (an amount less than the full amount due), these funds are held in your suspense account. If we subsequently receive additional funds that, when combined with funds in suspense, amount to a full payment (including the escrow portion of the amount due), the funds will be applied to that payment. Excess funds may be applied to outstanding fees and advances on the loan.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

We look forward to servicing your mortgage!

Sincerely,

Seterus, Inc.

# IMPORTANT CONSUMER NOTICES

## YOUR RIGHTS UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

If you do not notify us within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, the debt will be assumed to be valid by the debt collector. If you notify us in writing within 30 days that the debt or any portion thereof is disputed, or if you request the name and address of the original creditor, we will obtain verification of the debt or judgment against you and mail a copy to you and provide you with the name and address of the original creditor.

If you notify us that you wish not to be contacted by telephone at your place of employment, we will not contact you there. If you notify us in writing that you refuse to pay the debt or that you wish us to cease further communication with you, we will not communicate with you except to advise you that our efforts are being terminated, that we may invoke specific remedies ordinarily invoked by collection agencies; and if, applicable, that we intend to take a specific remedy permitted by law.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY.

## FEDERAL FAIR CREDIT REPORTING ACT / The FACT ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## IMPORTANT NOTICE OF CONCERNING PRIVATE MORTGAGE INSURANCE

If your residential mortgage loan has private mortgage insurance (PMI), federal or state law may give you the right to cancel this insurance under some circumstances. Please contact our Customer Service Department for more information.

## STATE DISCLOSURES

Seterus, Inc. is located at 14523 SW Millikan Way, Beaverton, OR. Our address for payments, however, is specified on page one of this notice.

**CALIFORNIA:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877.FTC.HELP (877.382.4357) or **www.ftc.gov.**

**CALIFORNIA:** La Ley de Justa Recaudación de Deudas de Rosenthal estatal y la Ley de Justa Recaudación de Deudas federal requieren que, a excepción de circunstancias inusuales, los cobradores no pueden ponerse en contacto con usted antes de las 8 de la mañana ni después de las 9 de la noche. No pueden acosarle mediante el uso de amenazas de violencia o de arresto ni con el uso de palabras ofensivas. Los cobradores no pueden utilizar declaraciones falsas ni engañosas, así como tampoco pueden llamarle al trabajo si saben o tienen razón para saber que usted no puede recibir llamadas personales. En general, los cobradores no pueden informarle a otra persona, con la excepción de su abogado o cónyuge, sobre su deuda. Los cobradores pueden contactar a otra persona para confirmar su ubicación o hacer cumplir un fallo. Para obtener más información sobre las actividades de los cobradores de deudas, puede ponerse en contacto con la Comisión Federal de Comercio al 877.FTC.HELP (877.382.4357) o al sitio web **www.ftc.gov.**

(STATE DISCLOSURES CONTINUED ON THE BACK OF THIS PAGE)

# IMPORTANT CONSUMER NOTICES

## STATE DISCLOSURES, CONTINUED:

**COLORADO:** Colorado law requires we provide you with the following notice: A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576.

**HAWAII:** Hawaii law requires we disclose to you that Seterus, Inc. is licensed in the State of Hawaii. Complaints regarding Seterus, Inc. can be directed to the Hawaii Commissioner of Financial Institutions by mail at PO Box 2054, Honolulu, HI 96805 or online at http://hawaii.gov/dcca/dfi/consumers_help/complaint/file-a-complaint.html and follow the instructions listed on the site.

**ILLINOIS:** The primary regulator for Seterus, Inc. is the Federal Trade Commission, Washington, DC 20580.

**MINNESOTA:** **This collection agency is licensed by the Minnesota Department of Commerce.**

**MONTANA:** Complaints regarding the servicing of your mortgage should be sent to the Division of Banking and Financial Institutions, by mail at PO Box 200546, Helena, MT 59620-0546, by phone at 406.841.2920 or by the on-line Website Complaint Form at http://banking.mt.gov/complaintform/Default.aspx.

**NEW YORK:** New York law requires we disclose to you that Seterus, Inc. is licensed in the State of New York. Complaints regarding Seterus, Inc. can be directed to the New York State Banking Department. You may obtain further information from the New York State Banking Department by calling the Department's Consumer Help Unit at 877.BANK.NYS (877.226.5697) or by visiting the Department's website at www.banking.state.ny.us. If you have questions, please contact Seterus, Inc. Customer Service toll-free at 866.570.5277, or in writing at PO Box 2008, Grand Rapids, MI 49501-2008.

**NEW YORK CITY:** 1411669, 1411665, 1411662.

**NORTH CAROLINA:** North Carolina law requires we disclose to you that Seterus, Inc. is licensed in the State of North Carolina. Complaints regarding Seterus, Inc. can be directed to the North Carolina Commissioner of Banks by phone at 919.733.3016 or online at http://www.nccob.org/NCCOB and following instructions listed at the site.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

**TEXAS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 N LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877.276.5550.

**UTAH:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

**WISCONSIN:** **This collection agency is licensed by the Administrator of the Division of Banking, PO Box 7876, Madison, WI 53707.**

I001G

# seterus™

## NEW YORK SCHEDULE OF FEES AND COSTS

The following are fees and costs charged for loan-related services. The charge actually imposed may be less than stated or not imposed at all, if restricted or prohibited by applicable law.



| DESCRIPTION | AMOUNT | EXPLANATION |
|---|---|---|
| Adjustable Rate Mortgage (ARM) Conversion | Varies | Charge applies when a standard adjustable rate mortgage loan is converted to a fixed rate loan. |
| Appraisal | $350 | Cost is passed through from a third-party appraiser when a more detailed property valuation is required. |
| Association Dues (HOA) | Varies | Charge applies when Homeowner Association dues are advanced to remove a lien placed on the property securing the loan. |
| Assumption - Full Assumption of Loan by Third Party | Up to $900 | Charge applies when a third party assumes responsibility for the mortgage loan, and the original borrower is released from the debt. The fee is determined by 1% of the unpaid principal balance, not to exceed $900. |
| Assumption - Simple Assumption of Loan by Third Party | $25 | Charge applies when a third party assumes responsibility for the mortgage loan, and the original borrower is not released from the debt. |
| Automated Value Model | $5 | Cost is passed through from a third-party assessor when an opinion of the collateral property value is required. |
| Bankruptcy / Foreclosure Attorney Fees | Varies | Fees are passed through from a third party to pay bankruptcy or foreclosure attorney fees. |
| Bankruptcy / Foreclosure Costs | Varies | Cost is passed through from a third party for services in a bankruptcy or foreclosure process. There may be incidental costs of $10 or more. |
| Broker Price Opinion | $80 to $130 | Cost is passed through from a third-party appraiser when an opinion on the value of the property is required. |
| Insurance Premiums | Varies | Cost is passed through from a third-party insurance company for coverage purchased on the property securing the mortgage loan. |
| Late Payment Fee | Specified by the terms of the note or by applicable law | Charge applies when payments on the loan are past due, and is assessed in accordance with the terms of the note, but may not exceed 2% of the amount of the past-due payment. |

(Continued)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1411669, 1411665, 1411662. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

| DESCRIPTION | AMOUNT | EXPLANATION |
|---|---|---|
| Partial Release of Property Fee | $250 | Charge applies when Seterus releases a lien on a portion of the collateral property. |
| Property Inspection Costs | $15 per inspection | Cost is passed through from a third-party property inspector for property inspections beginning at the 45th day of delinquency and recurring every 30 days thereafter. |
| Property Preservation Costs | $10 minimum | Cost is passed through from a third party for maintenance of the property securing the mortgage loan, and may be substantial depending upon the condition of the property. |
| Refinance Assignment Fee | $350 | Charge applies when Seterus assigns the loan to a new lender for refinancing. |
| Reconveyance Cost | Varies | Cost is passed through from the local jurisdiction to pay fees associated with the release of the lien in the public record. |
| Returned Check Fees | Up to $25 | Charge applies when checks or other payments are returned by your financial institution. |
| Speedpay® Payments | $5 to $10 | Charge applies to non-recurring electronic payments. The fee is $10 per payment made by phone and $5 per payment made via the Internet.<br><br>Speedpay is offered for your convenience and is not required to make payments. |
| Taxes - Property | Varies | Charge applies when tax payments are advanced for the property securing the mortgage loan. |
| Title Search | $35 to $1,500 | Cost is passed through from a third party when a title search is performed for the property securing the mortgage loan. |

SETERUS, INC. WELCOMES YOU AS A VALUED CUSTOMER



# WELCOME TO SETERUS

Dear Homeowner,

Welcome to Seterus, Inc., your new mortgage servicing company. As one of the nation's leading loan servicing companies, we look forward to working with you to make paying for your home easier than ever.

We think you will be pleased with our many innovative customer service features, including 24-hour account access through our website, multiple payment options, and a toll-free customer service line with automated account information. Our goal is to provide a broad range of personalized touch points for you now that we are servicing your loan.

## HERE IS SOME IMPORTANT CONTACT INFORMATION YOU WILL WANT TO KEEP ON HAND.

| PAYMENT ADDRESS | WEBSITE | CUSTOMER SERVICE |
|---|---|---|
| SETERUS, INC.<br>PO BOX 54420<br>LOS ANGELES, CA 90054-0420 | www.seterus.com | 866.570.5277 |

769-4186-1014F

### VISIT OUR WEBSITE FOR MORE INFORMATION ABOUT THE TRANSFER OF YOUR LOAN.

Additionally, in this Welcome Packet you will find the following information and helpful documents:

- **Official Transfer of Servicing Notice**
- **Frequently Asked Questions Related to Your Loan**
- **How to Read Your Monthly Statement**
- **Auto Pay Authorization Agreement**

Remember, if you have questions or issues with your mortgage, we want to help you, if we can. If you fall behind on payments or think you might soon, please don't hesitate to contact us. We pride ourselves on being flexible and understanding in providing solutions. We look forward to working with you!

Visit www.seterus.com for more information

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. COLORADO: SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1411669, 1411665, 1411662. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

1043D-1

769-4187-1014B