IMPORTANT INSURANCE INFORMATION

RE: Loan number: ~~~~~~~~
    Letter date: 05/11/15
    Property address: 327 W STATE ST
                         ALBION NY 14411

I062B

**INSURANCE QUESTIONS: 866.745.9798**
**FAX NUMBER FOR INSURANCE COVERAGE: 855.640.4870**

Seterus, Inc. uses QBE FIRST Insurance Agency, Inc. (QBE FIRST) to determine if the properties securing the loans we service are properly insured.

QBE FIRST has been notified that the hazard insurance for the property securing loan number 28973437 has been cancelled or expired. Your loan agreement requires that you maintain adequate hazard insurance on the property at all times.

As a result, Seterus, Inc. has directed QBE FIRST to bind coverage through QBE Insurance Corporation with a premium in the amount of $1,766.85. (An insurance binder is temporary proof of insurance until a formal policy is issued.) *You will be charged for the cost of this insurance if we do not receive adequate proof of coverage within 60 days from the date of this letter.* We will send you a second reminder notice before assessing the cost to your loan. This second written notice will be sent thirty days after this first written notice.

This insurance is effective as of the date of the lapse in coverage and cannot be renewed. It provides insurance only for your real property (structure). It may not adequately protect your interest in the property. In addition, it does not protect your personal property (contents), nor does it provide coverage for worker's compensation, personal liability, additional living expenses, medical payments, or for any other cause of loss other than hazard. Be aware that the premium for the insurance coverage we purchase may be considerably higher than the insurance you can purchase privately.

We recommend that you contact the insurance agent or company of your choice to purchase insurance. If you have difficulty obtaining your own policy, there may be programs available to help you. Contact your insurance agent or the Department of Insurance in your state for help.

Your policy must include a Mortgagee Clause or Lender's Loss Payable Endorsement payable to Seterus, Inc., Its Successors, and/or Assigns.

                        SETERUS, INC.
                        ITS SUCCESSORS AND/OR ASSIGNS
                        P O BOX 961299
                        FORT WORTH, TX 76161-0299

Mail your documents to QBE FIRST, P O BOX 961299, FORT WORTH, TX 76161-0299 or, if you prefer, you may update your insurance policy information online at www.updatemyinsurance.com/Seterus. **You also may fax the information to QBE FIRST at 855.640.4870.**

Any insurance policy we purchase on your behalf may be cancelled at any time by providing acceptable proof of insurance. You will then be charged only for the days this policy was needed. For example, if there is a lapse in coverage between the insurance policy we purchase and the policy you purchase, you will be charged the premium required to protect the loan owner's interest during this lapse.

SANDRA WINDHAUSER
May 11, 2015
Loan number:

The cost of this insurance coverage may be charged to your escrow account. If you do not have an escrow account, you may request that we establish one on your behalf by sending a written request to PO Box 2008, Grand Rapids, MI 49501-2008 or we may establish an escrow account in accordance with your loan documents unless prohibited by state law. Upon establishment of the escrow account, we may charge you the amount of the insurance payments advanced on your behalf for the mortgaged property as well as a cushion amount unless prohibited by state law.

The amount of insurance shown on the enclosed Binder is based on your prior coverage amount. If you have information indicating that the amount of insurance should be different, please notify QBE FIRST in writing to P O BOX 961299, FORT WORTH, TX 76161-0299. Be sure to include your loan number on the letter.

As part of the arrangement between Seterus, Inc. and QBE FIRST, incidental services associated with the tracking of your voluntary insurance and issuance of insurance are provided at minimal cost to Seterus, Inc. No additional charge will be imposed on you for these services.

QBE FIRST is the agent for and obtains insurance coverage from QBE Insurance Corporation. QBE FIRST and QBE Insurance Corporation are not affiliated with Seterus, Inc.



i3-0000093 -0000000

# New York Customer Service Disclosure

Please be advised that calls concerning your homeowners insurance requirement may be answered by our third party insurance tracking provider, QBE FIRST Insurance Agency, Inc.

88 Pine Street, 18th Floor  Case 6:16-cv-06253-FPG   Document 1-6   Filed 04/15/16   Page 4 of 4
New York, NY 10005                                      Toll Free Customer Service: 866.745.9798
Home Office: c/o CT Corporation System                  P O BOX 961299, FORT WORTH, TX 76161-0299
              116 Pine Street, Suite 320
              Harrisburg, PA 17101

## 90-DAY BINDER

LOAN NUMBER: ███████

NOTIFICATION DATE: 05/11/15

**NAMED INSURED**
SANDRA WINDHAUSER
1453 CHURCH RD
HAMLIN NY 14464

**MORTGAGEE**
SETERUS, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 961299
FORT WORTH, TX 76161-0299

| BINDER NUMBER BFI003310938 | | Amount of Insurance | Premium |
|---|---|---|---|
| POLICY TERM: | Dwelling | $ 247,000 | $ 1,753.70 |
| FROM 04/01/15   TO 04/01/16 | | | |
| ☐ NOON   ☒ 12:01am | Deductible - per loss occurrence | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| BINDER IS EFFECTIVE FOR 90 DAYS FROM THE EFFECTIVE DATE SHOWN ABOVE | Vandalism & Malicious Mischief | $ 1,000 | |
| | All Other covered Losses | $ 1,000 | |
| PROPERTY LOCATION | | | |
| 327 W STATE ST | NY STATE FIRE SURCHARGE | 0.75 % | $ 13.15 |
| ALBION NY 14411 | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | TOTAL CHARGES | | $ 1,766.85 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention, but a lapse in coverage has occurred.

We have secured temporary coverage in the form of a 90-day binder through the Company shown above and you will be charged for the policy premium. This binder covers the described property for risks of direct loss subject to the terms, conditions, and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will be charged only for any lapse in coverage. This coverage will be cancelled back to the original effective date, with no premium charge applying, if you provide coverage effective on or before the effective date of this binder. Please remember, it is your responsibility to maintain property insurance coverage on your property. If evidence of acceptable coverage is not received, a policy will be obtained through the Company shown above.

### IMPORTANT NOTICE:

This binder covers the residence only. No coverage is provided for your personal property, additional living expense, or personal liability coverage.

For Customer Service questions, please call our toll free Customer Service Number at: 866.745.9798

To report a CLAIM, please contact our Claim Department at: 1-800-824-8562
or, you may report a new claim using our website at www.qbefirst.com

RP1305 0109

093 0000437

Page 1 of 1