# seterus™

**Account Statement**

PO Box 2008; Grand Rapids, MI 49501-2008

| | |
|---|---|
| Statement Date | May 18, 2015 |
| Account Number | ~~████████~~ |

4-769-14457-0110084-023-1-000-010-000-000



SANDRA WINDHAUSER
1453 CHURCH RD
HAMLIN NY  14464-9746

📞 Phone    866.570.5277
🖥 Email    ExternalCommunications@seterus.com
*Response typically sent by U.S. Mail*

| | |
|---|---|
| **Payment Due Date** | **June 1, 2015** |
| **Amount Due[3]** | **$ 75,990.02** |

Since the maturity date of the loan was accelerated, no additional late fees will be assessed.

| | | |
|---|---|---|
| **Outstanding Principal\*** | $ | 84,819.68 |
| Current Escrow Balance | $ | -26,945.98 |
| Maturity Date | | March 01, 2037 |
| Interest Rate | | 6.87500% |
| Prepayment Penalty[1] | | No |

*\*This is not a payoff amount and does not include interest, fees, and other costs.*

Property Address    327 W STATE ST
ALBION NY 14411 1352

### Past Payment Breakdown

| | Paid Since Last Statement | | Paid Year-to-date | |
|---|---|---|---|---|
| Principal | $ | 0.00 | $ | 0.00 |
| Interest | $ | 0.00 | $ | 0.00 |
| Escrow | $ | -26,945.98 | $ | -26,945.98 |
| Charges | $ | 0.00 | $ | 0.00 |
| Suspense (unapplied) | $ | 0.00 | | |
| **Total** | **$** | **-26,945.98** | **$** | **-26,945.98** |

### Explanation of Amount Due

| | | |
|---|---|---|
| Principal[2] | $ | 128.38 |
| Interest[2] | $ | 445.12 |
| Escrow (Taxes and Insurance) | $ | 352.34 |
| **Regular Payment** | **$** | **925.84** |
| Past Due Payment(s) | $ | 62,031.28 |
| Total Charges | $ | 13,032.90 |
| Suspense (credit) | $ | 0.00 |
| **Total Amount Due[3]** | **$** | **75,990.02** |

[1]Seterus does not currently charge a prepayment penalty.
[2]The principal and interest payment stated on this notice is based on the information we have at the time this notice was generated. While the allocation of principal and interest may change, your total principal and interest payment will remain the same.
[3]Our records indicate that the maturity date of the loan was accelerated and the entire amount of the loan is due. However, this statement provides the amount to bring the loan current and reinstate the loan as of the next payment due date based on the payment terms of the loan stated in the note. If you do not reinstate the loan, the entire amount of the loan is due. Please note that you will no longer be able to reinstate the loan after the foreclosure sale occurs.

Our records indicate your loan has been referred for foreclosure. The information in this statement may not include allowable charges for services or expenses incurred, such as foreclosure costs, legal fees, and other expenses, permitted by your loan documents or applicable law, but that have not yet been billed to the loan.

769-2048-0114F

### Activity Since Last Statement

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|
| April 8, 2015 | New Loan Set Up | -$84819.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$84819.68 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$600.00 | $0.00 | $0.00 | -$600.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $0.00 | -$100.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$1430.00 | $0.00 | $0.00 | -$1430.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$102.60 | $0.00 | $0.00 | -$102.60 |

ADDITIONAL TRANSACTIONS AND ACTIVITY CONTINUE ON PAGE 2

### Important Messages

# seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

## Account Statement - Page 2

**Statement Date**                    May 18, 2015
**Account Number**

| | | |
|---|---|---|
| 🖥️ Online | www.seterus.com | |
| ☎️ Phone | 866.570.5277 | |
| ☎️ Fax | 866.578.5277 | |
| 🖥️ Email | ExternalCommunications@seterus.com | |
| | *Response typically sent by U.S. Mail* | |

4-769-14457-0110084-023-2-000-010-000-000



**Borrower Information**
Phone - Home     585-283-4028
Property Address   327 W STATE ST
                  ALBION NY 14411 1352

## Activity Since Last Statement *(continued from page 1)*

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$150.00 | $0.00 | $0.00 | -$150.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$18.00 | $0.00 | $0.00 | -$18.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$2052.00 | $0.00 | $0.00 | -$2052.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$350.00 | $0.00 | $0.00 | -$350.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$495.00 | $0.00 | $0.00 | -$495.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$50.00 | $0.00 | $0.00 | -$50.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$300.00 | $0.00 | $0.00 | -$300.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $0.00 | -$100.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$14.00 | $0.00 | $0.00 | -$14.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$35.00 | $0.00 | $0.00 | -$35.00 |

| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$40.00 | $0.00 | $0.00 | -$40.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$40.00 | $0.00 | $0.00 | -$40.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$94.50 | $0.00 | $0.00 | -$94.50 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$94.50 | $0.00 | $0.00 | -$94.50 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$33.60 | $0.00 | $0.00 | -$33.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$14.70 | $0.00 | $0.00 | -$14.70 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$42.00 | $0.00 | $0.00 | -$42.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$11.55 | $0.00 | $0.00 | -$11.55 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$14.70 | $0.00 | $0.00 | -$14.70 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$116.55 | $0.00 | $0.00 | -$116.55 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$84.00 | $0.00 | $0.00 | -$84.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$42.00 | $0.00 | $0.00 | -$42.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$9.45 | $0.00 | $0.00 | -$9.45 |

# seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

## Account Statement - Page 3

**Statement Date** May 18, 2015
**Account Number**

| 🖥 Online | www.seterus.com |
| ☎ Phone | 866.570.5277 |
| ☎ Fax | 866.578.5277 |

| 🖥 Email | ExternalCommunications@seterus.com |
| | *Response typically sent by U.S. Mail* |

4-769-14457-0110084-023-3-000-010-000-000



**Borrower Information**
Phone - Home      585-283-4028
Property Address   327 W STATE ST
ALBION NY 14411 1352

## Activity Since Last Statement

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$15.75 | $0.00 | $0.00 | -$15.75 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$12.60 | $0.00 | $0.00 | -$12.60 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$6.30 | $0.00 | $0.00 | -$6.30 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$210.00 | $0.00 | $0.00 | -$210.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$680.00 | $0.00 | $0.00 | -$680.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$35.00 | $0.00 | $0.00 | -$35.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$145.00 | $0.00 | $0.00 | -$145.00 |
| April 9, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$90.00 | $0.00 | $0.00 | -$90.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$500.00 | $0.00 | $0.00 | -$500.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$700.00 | $0.00 | $0.00 | -$700.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$300.00 | $0.00 | $0.00 | -$300.00 |
| April 9, 2015 | Title/Misc Expense | $0.00 | $0.00 | $0.00 | -$275.00 | $0.00 | $0.00 | -$275.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$250.00 | $0.00 | $0.00 | -$250.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.23 | $0.00 | $0.00 | -$23.23 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.23 | $0.00 | $0.00 | -$23.23 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.23 | $0.00 | $0.00 | -$23.23 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$28.75 | $0.00 | $0.00 | -$28.75 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.23 | $0.00 | $0.00 | -$23.23 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$38.42 | $0.00 | $0.00 | -$38.42 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$29.14 | $0.00 | $0.00 | -$29.14 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$29.44 | $0.00 | $0.00 | -$29.44 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$41.03 | $0.00 | $0.00 | -$41.03 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.23 | $0.00 | $0.00 | -$23.23 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.83 | $0.00 | $0.00 | -$23.83 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.51 | $0.00 | $0.00 | -$23.51 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$23.50 | $0.00 | $0.00 | -$23.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$22.80 | $0.00 | $0.00 | -$22.80 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $0.00 | -$100.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $0.00 | -$100.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |

# Account Statement - Page 4

## seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

4-769-14457-0110084-023-4-000-010-000-000

Statement Date
Account Number

May 18, 2015

| | | |
|---|---|---|
| 🖳 Online | www.seterus.com | |
| ☎ Phone | 866.570.5277 | |
| 📠 Fax | 866.578.5277 | |
| 🖳 Email | ExternalCommunications@seterus.com | |
| | *Response typically sent by U.S. Mail* | |

### Borrower Information

Phone - Home        585-283-4028
Property Address    327 W STATE ST
                    ALBION NY 14411 1352

### Activity Since Last Statement — continued from Page 3

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|------|-------------|-----------|----------|--------|-------------------------|-------|----------|-------|
| | | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | $0.00 | -$80.00 | $0.00 | $0.00 | -$80.00 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | -$9999.99 | $0.00 | $0.00 | $0.00 | -$9999.99 |
| April 9, 2015 | Prop Pres Expense | $0.00 | $0.00 | -$9999.99 | $0.00 | $0.00 | $0.00 | -$9999.99 |
| April 10, 2015 | Adjustment | $0.00 | $0.00 | -$6946.00 | $0.00 | $0.00 | $0.00 | -$6946.00 |
| April 10, 2015 | Adjustment | $0.00 | $0.00 | $0.00 | -$11.47 | $0.00 | $0.00 | -$11.47 |
| April 15, 2015 | Adjustment | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| May 13, 2015 | Late Fee | | | | | | | |
| | Appraisal Expense | | | | | | | |

# seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

## Delinquency Notice - Page 5

**Statement Date**          May 18, 2015
**Account Number**

💻 Online     www.seterus.com
☎ Phone     866.570.5277
📠 Fax        866.578.5277

💻 Email     ExternalCommunications@seterus.com
           *Response typically sent by U.S. Mail*

4-769-14457-0110084-023-5-000-010-000-000



**Borrower Information**
Phone - Home     585-283-4028
Property Address  327 W STATE ST
                ALBION NY 14411 1352

## **DELINQUENCY NOTICE**

**You are late on your mortgage payments.**
As of May 18, 2015, you are delinquent on your mortgage loan by 2024 days. Failure to bring your loan up-to-date may result in fees, foreclosure, and the loss of your home.

## Recent Account History

| Due Date | Amount Due | Payment Status |
|---|---|---|
| May 1, 2015 | $925.84 | Payment Outstanding |
| April 1, 2015 | $925.84 | Payment Outstanding |
| March 1, 2015 | $925.84 | Payment Outstanding |
| February 1, 2015 | $925.84 | Payment Outstanding |
| January 1, 2015 | $925.84 | Payment Outstanding |
| December 1, 2014 | $925.84 | Payment Outstanding |

The total amount due to reinstate the loan as of May 18, 2015 is $75,990.02. Our records indicate that the maturity date of the loan was accelerated and the entire amount of the loan is due. However, this statement provides the amount to bring the loan current and reinstate the loan as of the next payment due date based on the payment terms of the loan stated in the note. If you do not reinstate the loan, the entire amount of the loan is due. Please note that you will no longer be able to reinstate the loan after the foreclosure sale occurs.

As of January 30, 2014, formal foreclosure proceedings were filed on your loan. Please contact Seterus for foreclosure prevention options. The information on this statement may not include allowable charges for services or expenses incurred, such as foreclosure costs, legal fees, and other expenses, permitted by your loan documents or applicable law, but that have not yet been billed to the loan.

If you are experiencing financial difficulty, visit the Homeowner Assistance section of www.seterus.com. For information on HUD counselors in your area, visit www.hud.gov or call 800.569.4287.

## ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, we must provide a statement of your escrow account when your loan is transferred and has as existing escrow account or if we establish an escrow to pay your property taxes or insurance. An escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This amount will increase if you have a shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Since the maturity date for your loan has been accelerated, the entire balance of your loan is due. As a result the following will apply to the calculation of the amount you owe and does not change the fact that the full balance of the loan is due. Effective 07/01/15, the new escrow calculation will be $465.00.

| ANTICIPATED DISBURSEMENTS | | ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 - MONTH ESCROW CYCLE | | | | |
|---|---|---|---|---|---|---|
| | | Anticipated Activity | | | | |
| July    2015 to June    2016 | | | Borrower Contributions to Escrow | Payments from Escrow | Description | Projected Balance |
| | | Beginning Balance* | | | | $4,248.25- |
| MORTGAGE INS | $541.32 | 07/01/2015 | 465.00 | 45.11- | MORTGAGE INS | 3,828.36- |
| SCHOOL | $1,371.43 | 08/01/2015 | 465.00 | 45.11- | MORTGAGE INS | 3,408.47- |
| TOWN | $2,495.96 | 09/01/2015 | 465.00 | 45.11- | MORTGAGE INS | 2,988.58- |
| VILLAGE/OTHR | $1,171.17 | 09/01/2015 | 0.00 | 1,371.43- | SCHOOL | 4,360.01- |
| | | 10/01/2015 | 465.00 | 45.11- | MORTGAGE INS | 3,940.12- |
| Total | | 11/01/2015 | 465.00 | 45.11- | MORTGAGE INS | 3,520.23- |
| Disbursements | $5,579.88 | 12/01/2015 | 465.00 | 45.11- | MORTGAGE INS | 3,100.34- |
| | | 01/01/2016 | 465.00 | 45.11- | MORTGAGE INS | 2,680.45- |
| | | 01/01/2016 | 0.00 | 2,495.96- | TOWN | 5,176.41- |
| | | 02/01/2016 | 465.00 | 45.11- | MORTGAGE INS | 4,756.52- |
| | | 03/01/2016 | 465.00 | 45.11- | MORTGAGE INS | 4,336.63- |
| | | 04/01/2016 | 465.00 | 45.11- | MORTGAGE INS | 3,916.74- |
| | | 05/01/2016 | 465.00 | 45.11- | MORTGAGE INS | 3,496.85- |
| | | 06/01/2016 | 465.00 | 45.11- | MORTGAGE INS | 3,076.96- |
| | | 06/01/2016 | 0.00 | 1,171.17- | VILLAGE/OTHR | 4,248.13- |
| | | Total | $5,580.00 | $5,579.88- | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $839.76, or 1/6 of the total anticipated payments from your escrow account. However, under applicable state law, your lowest monthly balance should not exceed $0.00. Your lowest escrow balance was $0.00.

*Deficiency or Shortage:* The escrow account has a shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $4,248.25-. Your required beginning balance according to this analysis should be $928.16. This means you have a shortage and/or deficiency of $5,176.41. For your convenience, we have spread the shortage and/or deficiency over the next 60 installments and included this amount in your escrow payment.

*Beginning balance = starting balance less any unpaid escrow disbursements due in the period

**\*\*\*Continued \*\*\***