IMPORTANT INSURANCE INFORMATION

RE: Loan number: ▓▓▓▓▓▓▓
 Letter date: 06/10/15
 Property address: 327 W STATE ST
  ALBION NY 14411

I106C

## INSURANCE QUESTIONS: 866.745.9798
## FAX NUMBER FOR INSURANCE COVERAGE: 855.640.4870

Seterus, Inc. uses QBE FIRST Insurance Agency, Inc. (QBE FIRST) to determine if the properties securing the loans we service are properly insured.

QBE FIRST has been notified that the hazard insurance for the property securing loan number 28973437 has been cancelled or expired. Your loan agreement requires that you maintain adequate hazard insurance on the property at all times.

As a result, Seterus, Inc. has directed QBE FIRST to bind coverage through QBE Insurance Corporation with a premium in the amount of $1,766.85. (An insurance binder is temporary proof of insurance until a formal policy is issued.) *You will be charged for the cost of this insurance if we do not receive adequate proof of coverage within 30 days from the date of this letter.* This second written notice was sent thirty days after the first written notice.

This insurance is effective as of the date of the lapse in coverage and cannot be renewed. It provides insurance only for your real property (structure). It may not adequately protect your interest in the property. In addition, it does not protect your personal property (contents), nor does it provide coverage for worker's compensation, personal liability, additional living expenses, medical payments, or for any other cause of loss other than hazard. Be aware that the premium for the insurance coverage we purchase may be considerably higher than the insurance you can purchase privately.

We recommend that you contact the insurance agent or company of your choice to purchase insurance. If you have difficulty obtaining your own policy, there may be programs available to help you. Contact your insurance agent or the Department of Insurance in your state for help.

Your policy must include a Mortgagee Clause or Lender's Loss Payable Endorsement payable to Seterus, Inc., Its Successors, and/or Assigns.

 SETERUS, INC.
 ITS SUCCESSORS AND/OR ASSIGNS
 P O BOX 961299
 FORT WORTH, TX 76161-0299

Mail your documents to QBE FIRST, P O BOX 961299, FORT WORTH, TX 76161-0299 or, if you prefer, you may update your insurance policy information online at www.updatemyinsurance.com/Seterus. **You also may fax the information to QBE FIRST at 855.640.4870.**

Any insurance policy we purchase on your behalf may be cancelled at any time by providing acceptable proof of insurance. You will then be charged only for the days this policy was needed. For example, if there is a lapse in coverage between the insurance policy we purchase and the policy you purchase, you will be charged the premium required to protect the loan owner's interest during this lapse.

SANDRA WINDHAUSER
June 10, 2015
Loan number: ▮▮▮▮▮▮

The cost of this insurance coverage may be charged to your escrow account. If you do not have an escrow account, you may request that we establish one on your behalf by sending a written request to PO Box 2008, Grand Rapids, MI 49501-2008 or we may establish an escrow account in accordance with your loan documents unless prohibited by state law. Upon establishment of the escrow account, we may charge you the amount of the insurance payments advanced on your behalf for the mortgaged property as well as a cushion amount unless prohibited by state law.

The amount of insurance we will buy, shown on the Binder that was sent previously, is based on your prior coverage amount. If you have information indicating that the amount of insurance should be different, please notify QBE FIRST in writing to P O BOX 961299, FORT WORTH, TX 76161-0299. Be sure to include your loan number on the letter.

As part of the arrangement between Seterus, Inc. and QBE FIRST, incidental services associated with the tracking of your voluntary insurance and issuance of insurance are provided at minimal cost to Seterus, Inc. No additional charge will be imposed on you for these services.

QBE FIRST is the agent for and obtains insurance coverage from QBE Insurance Corporation. QBE FIRST and QBE Insurance Corporation are not affiliated with Seterus, Inc.



1003-9000074-0000080

## New York Customer Service Disclosure

Please be advised that calls concerning your homeowners insurance requirement may be answered by our third party insurance tracking provider, QBE FIRST Insurance Agency, Inc.