# seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

4-769-14739-0082997-017-1-000-010-000-000

SANDRA WINDHAUSER
1453 CHURCH RD
HAMLIN NY 14464-9746

## Account Statement

| | |
|---|---|
| Statement Date | June 16, 2015 |
| Account Number | |

| | | |
|---|---|---|
| Phone | | 866.570.5277 |
| Email | | ExternalCommunications@seterus.com |
| | | *Response typically sent by U.S. Mail* |

| Payment Due Date | July 1, 2015 |
|---|---|
| **Amount Due[3]** | **$ 77,709.79** |

Since the maturity date of the loan was accelerated, no additional late fees will be assessed.

| | | |
|---|---|---|
| Outstanding Principal* | $ | 84,819.68 |
| Current Escrow Balance | $ | -28,687.73 |
| Maturity Date | | March 01, 2037 |
| Interest Rate | | 6.87500% |
| Prepayment Penalty[1] | | No |

*This is not a payoff amount and does not include interest, fees, and other costs.

Property Address    327 W STATE ST
                    ALBION NY 14411 1352

### Past Payment Breakdown

| | Paid Since Last Statement | Paid Year-to-date |
|---|---|---|
| Principal | $ 0.00 | $ 0.00 |
| Interest | $ 0.00 | $ 0.00 |
| Escrow | $ 0.00 | $ -26,945.98 |
| Charges | $ 0.00 | $ 0.00 |
| Suspense (unapplied) | $ 0.00 | |
| **Total** | **$ 0.00** | **$ -26,945.98** |

### Explanation of Amount Due

| | | |
|---|---|---|
| Principal[2] | $ | 129.12 |
| Interest[2] | $ | 444.38 |
| Escrow (Taxes and Insurance) | $ | 551.27 |
| **Regular Payment** | **$** | **1,124.77** |
| Past Due Payment(s) | $ | 62,957.12 |
| Total Charges | $ | 13,627.90 |
| Suspense (credit) | $ | 0.00 |
| **Total Amount Due[3]** | **$** | **77,709.79** |

[1]Seterus does not currently charge a prepayment penalty.
[2]The principal and interest payment stated on this notice is based on the information we have at the time this notice was generated. While the allocation of principal and interest may change, your total principal and interest payment will remain the same.
[3]Our records indicate that the maturity date of the loan was accelerated and the entire amount of the loan is due. However, this statement provides the amount to bring the loan current and reinstate the loan as of the next payment due date based on the payment terms of the loan stated in the note. If you do not reinstate the loan, the entire amount of the loan is due. Please note that you will no longer be able to reinstate the loan after the foreclosure sale occurs.

Our records indicate your loan has been referred for foreclosure. The information in this statement may not include allowable charges for services or expenses incurred, such as foreclosure costs, legal fees, and other expenses, permitted by your loan documents or applicable law, but that have not yet been billed to the loan.

### Activity Since Last Statement

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|
| May 27, 2015 | Appraisal Expense | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | -$15.00 |
| June 5, 2015 | Legal Expense | $0.00 | $0.00 | $0.00 | -$580.00 | $0.00 | $0.00 | -$580.00 |
| June 10, 2015 | Tax Disbursement | $0.00 | $0.00 | -$1741.75 | $0.00 | $0.00 | $0.00 | -$1741.75 |

### Important Messages

# seterus

PO Box 2008; Grand Rapids, MI 49501-2008

# Delinquency Notice - Page 2

| | |
|---|---|
| Statement Date | June 16, 2015 |
| Account Number | 28973437 |

| | | |
|---|---|---|
| 💻 | Online | www.seterus.com |
| ☎ | Phone | 866.570.5277 |
| ☎ | Fax | 866.578.5277 |
| 💻 | Email | ExternalCommunications@seterus.com |
| | | *Response typically sent by U.S. Mail* |

4-769-14739-0082997-017-2-000-010-000-000



**Borrower Information**
Phone - Home     585-283-4028
Phone - Work     585-406-4716
Property Address   327 W STATE ST
                   ALBION NY 14411 1352

## **DELINQUENCY NOTICE**

**You are late on your mortgage payments.**
As of June 16, 2015, you are delinquent on your mortgage loan by 2053 days. Failure to bring your loan up-to-date may result in fees, foreclosure, and the loss of your home.

### Recent Account History

| Due Date | Amount Due | Payment Status |
|---|---|---|
| June 1, 2015 | $925.84 | Payment Outstanding |
| May 1, 2015 | $925.84 | Payment Outstanding |
| April 1, 2015 | $925.84 | Payment Outstanding |
| March 1, 2015 | $925.84 | Payment Outstanding |
| February 1, 2015 | $925.84 | Payment Outstanding |
| January 1, 2015 | $925.84 | Payment Outstanding |

The total amount due to reinstate the loan as of June 16, 2015 is $77,709.79. Our records indicate that the maturity date of the loan was accelerated and the entire amount of the loan is due. However, this statement provides the amount to bring the loan current and reinstate the loan as of the next payment due date based on the payment terms of the loan stated in the note. If you do not reinstate the loan, the entire amount of the loan is due. Please note that you will no longer be able to reinstate the loan after the foreclosure sale occurs.

As of January 30, 2014, formal foreclosure proceedings were filed on your loan. Please contact Seterus for foreclosure prevention options. The information on this statement may not include allowable charges for services or expenses incurred, such as foreclosure costs, legal fees, and other expenses, permitted by your loan documents or applicable law, but that have not yet been billed to the loan.

If you are experiencing financial difficulty, visit the Homeowner Assistance section of www.seterus.com. For information on HUD counselors in your area, visit www.hud.gov or call 800.569.4287.